### JOHNSON v. STATE.
### No. 25357.

Court of Criminal Appeals of Texas.
June 20, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of murder and the jury assessed his punishment at 50 years in the penitentiary.

No statement of facts or bills of exception are found in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

### ROOK v. STATE.
### No. 25378.

Court of Criminal Appeals of Texas.
June 27, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is burglary of a private residence at night; the punishment, five years confinement in the penitentiary.

We have reviewed the record and find the evidence sufficient to support the conviction.

There are no bills of exception.

Finding no reversible error, the judgment of the trial court is affirmed.